STATE OF CONNECTICUT *v.* JOHN REID

The defendant's motion to set aside the judgment of the trial court and to enter judgment for the defendant in the appeal from the Superior Court in New Haven County is granted unless the state files its brief on or before June 3, 1974.

*W. Paul Flynn,* assistant state's attorney, for the appellee (state).

*Alfonse C. Fasano,* for the appellant (defendant).

Argued April 2—decided April 2, 1974

SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The plaintiff's "Motion to Set Aside Judgment of Court and Direct Judgment Against Defendants/ Appellees or in the Alternative to Order New Jury Trial or in the Alternative to Set Matter Down for Assignment for Hearing" in the appeal from the Superior Court in Fairfield County at Stamford is denied without prejudice to a renewal of the motion in the event the defendants' brief is not filed on or before May 13, 1974.

*Richard A. Bieder,* for the appellant (plaintiff).

*Bourke G. Spellacy,* for the appellee (named defendant).

Argued April 2—decided April 2, 1974

ANTHONY MARESCO *v.* WALTER F. BORYSEWICZ ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Richard S. Scalo,* for the appellee (plaintiff).

*Harold Sobel,* for the appellants (defendants).